# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | |
|---|---|
| NATIONAL RELIGIOUS BROADCASTERS, SAND SPRINGS CHURCH, FIRST BAPTIST CHURCH WASKOM, and INTERCESSORS FOR AMERICA<br><br>Plaintiffs,<br><br>v.<br><br>DANNY WERFEL, IN HIS OFFICIAL CAPACITY AS COMMISSIONER OF THE INTERNAL REVENUE SERVICE, and THE INTERNAL REVENUE SERVICE<br><br>Defendants. | Civil Action No. 6:24-cv-00311-JCB |

## Certificate of Interest

Pursuant to the Court's Order Regulating Practice [Dkt. No. 3], Plaintiffs submit the following:

1. Plaintiff National Religious Broadcasters is a nonprofit corporation. It has no parent company and no stockholders.

2. Plaintiff Sand Springs Church is a nonprofit corporation. It has no parent company and no stockholders.

3. Plaintiff First Baptist Church Waskom is a nonprofit corporation. It has no parent company and no stockholders.

4. Plaintiff Intercessors for America is a nonprofit corporation. It has no parent company and no stockholders.

Dated: August 30, 2024

Respectfully submitted,

*/s/ Andrew W. Stinson*
Michael Farris
DC Bar No. 385969
National Religious Broadcasters
20 F Street
Seventh Floor
Washington, DC 20001
571-359-6000
mfarris@nrb.org

        David A. Kallman
        MI Bar No. P34200
        Kallman Legal Group, PLLC
        Attorney at Law
        5600 W. Mount Hope Hwy.
        Lansing, MI 48917
        517-322-3207
        dave@kallmanlegal.com
        (*Application for Admission forthcoming*)

        Andrew W. Stinson
        State Bar No. 24028013
        RAMEY & FLOCK, PC
        100 E. Ferguson Street, Suite 500
        Tyler, TX 75702
        903-597-3301
        andys@rameyflock.com

        *Attorneys for Plaintiff*