UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 6:24-cv-00311

———

**National Religious Broadcasters et al.,**
*Plaintiffs,*
v.
**Danny Werfel et al.,**
*Defendants.*

———

# ORDER

Defendants' unopposed motion for extension of time to file an answer to plaintiffs' original complaint is granted. Doc. 8. The new deadline to answer or otherwise respond to the complaint shall be December 23, 2024.

*So ordered by the court on November 4, 2024.*

J. CAMPBELL BARKER
United States District Judge

- 1 -