IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| NATIONAL RELIGIOUS BROADCASTERS, SAND SPRINGS CHURCH, FIRST BAPTIST CHURCH WASKOM, and INTERCESSORS FOR AMERICA,<br><br>    Plaintiffs,<br><br>v.<br><br>DANNY WERFEL, IN HIS OFFICIAL CAPACITY AS COMMISSIONER OF THE INTERNAL REVENUE SERVICE, and THE INTERNAL REVENUE SERVICE,<br><br>    Defendants. | CIVIL NO: 6:24-cv-00311 |

## UNITED STATES' NOTICE OF CHANGE OF ADDRESS FOR ITS COUNSEL

The United States notifies the Court of the change of address of its counsel, as follows:

> Jonathan L. Blacker
> U.S. Department of Justice
> Tax Division
> 1700 Pacific Avenue, Suite 3700
> Dallas, Texas  75201
> Ph. 214.880.9765
> Fax 214.880.9741
> Jonathan.Blacker2@usdoj.gov

> Eduardo R. Mendoza
> U.S. Department of Justice
> Tax Division
> 1700 Pacific Avenue, Suite 3700
> Dallas, Texas  75201
> Ph. 214.880.9735
> Fax 214.880.9742
> Eduardo.Mendoza@usdoj.gov

Respectfully submitted,

DAVID A. HUBBERT
Deputy Assistant Attorney General

/s/ *Eduardo R. Mendoza*
JONATHAN L. BLACKER
Texas Bar No. 00796215
EDUARDO R. MENDOZA
Texas Bar. No. 24096680
Attorneys, Tax Division
U. S. Department of Justice
1700 Pacific Avenue, Suite 3700
Dallas, Texas 75201
(214) 880-9765 (Blacker)
(214) 880-9735 (Mendoza)
(214) 880-9741 (FAX)
Jonathan.Blacker2@usdoj.gov
Eduardo.Mendoza@usdoj.gov

ATTORNEYS FOR THE UNITED STATES

**CERTIFICATE OF SERVICE**

I, Eduardo R. Mendoza, certify that on December 5, 2024, I electronically filed this document using the ECF system, which will send notification to all counsel of record.

/s/ *Eduardo R. Mendoza*
EDUARDO R. MENDOZA