IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| NATIONAL RELIGIOUS BROADCASTERS, SAND SPRINGS CHURCH, FIRST BAPTIST CHURCH WASKOM, and INTERCESSORS FOR AMERICA,<br><br>    Plaintiffs,<br><br>v.<br><br>DANNY WERFEL, IN HIS OFFICIAL CAPACITY AS COMMISSIONER OF THE INTERNAL REVENUE SERVICE, and THE INTERNAL REVENUE SERVICE,<br><br>    Defendants. | CIVIL NO: 6:24-cv-00311 |

**UNITED STATES' UNOPPOSED MOTION TO EXCEED PAGE LIMITS
FOR FORTHCOMING MOTION TO DISMISS AND ASSOCIATED BRIEFING**

Local Rule CV-7(a)(1) limits "[c]ase dispositive motions" to thirty pages, excluding attachments, "unless leave of court is first obtained." E.D. TEX. L.R. CV-7(a)(1). Local Rule CV-7(a)(1) also limits replies in support of a case-dispositive motion to ten pages. The United States intends to file a case-dispositive motion to dismiss and a reply in support of that motion to dismiss. In anticipation of such, the United States moves for leave to file a motion to dismiss that exceeds thirty pages but is less than fifty pages and a reply that is no longer than twenty five pages. The United States intends to file its motion to dismiss on or before December 23, 2024 (Dkt. No. 9).

Plaintiffs' Complaint includes voluminous allegations—over 150 paragraphs (Dkt. No. 1). It is over fifty pages in length. And it lodges multiple constitutional (both as written and as applied) and statutory claims, relying on various Supreme Court cases and affirmatively raising Plaintiffs' Article III standing (*id.* at 6). Considering these issues, and the various theories the United States intends to address in its motion and likely its reply, good cause exists to grant this motion for leave.

1

Plaintiffs are not opposed to the relief sought by this motion. Moreover, subject to the Court's approval, the United States agrees that Plaintiffs' response brief may exceed thirty pages up to fifty pages. The attached proposed order reflects that agreement.

    Respectfully submitted,

    **DAVID A. HUBBERT**
    Deputy Assistant Attorney General

    */s/ Jonathan L. Blacker*
    JONATHAN L. BLACKER
    Texas Bar No. 00796215
    EDUARDO R. MENDOZA
    Texas Bar. No. 24096680
    Attorneys, Tax Division
    U.S. Department of Justice
    1700 Pacific Avenue, Suite 3700
    Dallas, Texas 75201
    (214) 880-9765 (Blacker)
    (214) 880-9735 (Mendoza)
    (214) 880-9741 (FAX)
    Jonathan.Blacker2@usdoj.gov
    Eduardo.Mendoza@usdoj.gov

    ATTORNEYS FOR THE UNITED STATES

**CERTIFICATE OF CONFERENCE**

I certify that Counsel for the United States has complied with the meet and confer requirement in Local Rule CV-7(h). I further certify that Plaintiffs stated that they are not opposed to the relief sought by this motion.

                                              */s/Jonathan L. Blacker*
                                              JONATHAN L. BLACKER

**CERTIFICATE OF SERVICE**

I certify that on December 17, 2024, I electronically filed this document via the Court's ECF system, which will send notification of such filing to all counsel of record entitled to ECF notice.

                                              */s/Jonathan L. Blacker*
                                              JONATHAN L. BLACKER