AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| National Religious Broadcasters, et al | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 6:24-cv-00311 |
| Danny Werfel, et al | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Plaintiffs.

Date: 01/27/2025

/s/ Stephen P. Kallman
*Attorney's signature*

Stephen P. Kallman (P75622)
*Printed name and bar number*
5600 W. Mount Hope Hwy.
Lansing, MI 48917

*Address*

steve@kallmanlegal.com
*E-mail address*

517-322-3207
*Telephone number*

517-322-3208
*FAX number*