UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:24-cv-00311

**National Religious Broadcasters et al.,**
*Plaintiffs,*

v.

**Danny Werfel et al.,**
*Defendants.*

**O R D E R**

Plaintiffs move, with defendants' written consent, for leave to file an amended complaint pursuant to Federal Rule of Civil Procedure 15(a)(2). Doc. 18. That motion is granted, and plaintiffs are directed to file the amended complaint as a separate docket entry. As agreed by the parties, defendants' motion to dismiss (Doc. 13) is denied as moot in light of this amended complaint. Doc. 18 at 2.

The court also adopts the parties' agreed schedule for responses and briefing:

1. Defendants shall answer or otherwise respond to the amended complaint within 60 days from the date of the filing of the amended complaint.

2. If defendants renew their motion to dismiss, then plaintiffs shall have up to 45 days to file their brief in response.

3. The defendants will then have 45 days from the date of the filing of plaintiffs' briefs to file their reply brief.

The opening briefs of the parties are limited to 65 pages. The reply brief is limited to 25 pages. For this briefing only, page counts may exclude tables of authority and contents, but the parties must still follow the page-numbering conventions of JCB-CV-10. Doc. 3 at 2.

*So ordered by the court on February 21, 2025.*

_____
J. CAMPBELL BARKER
United States District Judge