IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| NATIONAL RELIGIOUS BROADCASTERS, SAND SPRINGS CHURCH, FIRST BAPTIST CHURCH WASKOM, and INTERCESSORS FOR AMERICA,<br><br>　　　Plaintiffs,<br><br>v.<br><br>DANNY WERFEL, IN HIS OFFICIAL CAPACITY AS COMMISSIONER OF THE INTERNAL REVENUE SERVICE, and THE INTERNAL REVENUE SERVICE,<br><br>　　　Defendants. | CIVIL NO: 6:24-cv-00311 |

**UNITED STATES' UNOPPOSED MOTION TO WITHDRAW
EDUARDO R. MENDOZA AS COUNSEL FOR THE UNITED STATES**

　　　Defendant the United States of America respectfully moves to withdraw the appearance of Eduardo R. Mendoza as counsel for the United States in the above-styled case. Counsel for the United States has consulted with counsel for the Plaintiffs regarding this motion to withdraw, and Plaintiffs do not oppose. **Jonathan L. Blacker will remain as counsel for the United States**.

Dated: March 12, 2025

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　/s/ *Eduardo R. Mendoza*
　　　　　　　　　　　　　　　　　　　　　　　JONATHAN L. BLACKER
　　　　　　　　　　　　　　　　　　　　　　　Texas Bar No. 00796215
　　　　　　　　　　　　　　　　　　　　　　　EDUARDO R. MENDOZA
　　　　　　　　　　　　　　　　　　　　　　　Texas Bar. No. 24096680
　　　　　　　　　　　　　　　　　　　　　　　Attorneys, Tax Division
　　　　　　　　　　　　　　　　　　　　　　　U. S. Department of Justice
　　　　　　　　　　　　　　　　　　　　　　　1700 Pacific Avenue, Suite 3700
　　　　　　　　　　　　　　　　　　　　　　　Dallas, Texas 75201
　　　　　　　　　　　　　　　　　　　　　　　(214) 880-9765 (Blacker)

(214) 880-9735 (Mendoza)  
(214) 880-9741 (FAX)  
Jonathan.Blacker2@usdoj.gov  
Eduardo.Mendoza@usdoj.gov  

ATTORNEYS FOR THE UNITED STATES

## CERTIFICATE OF CONFERENCE

I, Eduardo R. Mendoza, certify that on March 12, 2025, I conferred via email with Counsel for the Plaintiff, Michael Farris, who stated that he does not oppose the relief sought by this motion.

/s/ *Eduardo R. Mendoza*  
EDUARDO R. MENDOZA

## CERTIFICATE OF SERVICE

I, Eduardo R. Mendoza, certify that on March 12, 2025, I electronically filed this document using the ECF system, which will send notification to all counsel of record.

/s/ *Eduardo R. Mendoza*  
EDUARDO R. MENDOZA