## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

NATIONAL RELIGIOUS BROADCASTERS,
SAND SPRINGS CHURCH, FIRST BAPTIST
CHURCH WASKOM, and INTERCESSORS FOR
AMERICA

          Plaintiffs,

v.

DANNY WERFEL, IN HIS OFFICIAL CAPACITY
AS COMMISSIONER OF
THE INTERNAL REVENUE SERVICE, and
THE INTERNAL REVENUE SERVICE

          Defendants.

Civil Action No.
6:24-cv-00311

### Request for Oral Argument

Pursuant to this Court's order on April 25, 2025, Plaintiffs hereby respectfully request an oral argument on their Motion for Partial Summary Judgment which was filed on April 21, 2025. Additionally, if Defendants file a renewed Motion to Dismiss, Plaintiffs respectfully request an oral argument on that Motion as well. Plaintiffs believe that the issues to be resolved in said motions substantially overlap and believe that a consolidated hearing may well serve the interests of judicial economy.

Respectfully submitted this 29th day of April 2025,


MICHAEL P. FARRIS
Attorney for Plaintiffs

*/s/Michael P. Farris*
Michael Farris
DC Bar No. 385969
National Religious Broadcasters
20 F Street
Seventh Floor
Washington, DC 20001
571-359-6000
mfarris@nrb.org

David A. Kallman
MI Bar No. P34200
Stephen P. Kallman
MI Bar No. P75622
Kallman Legal Group, PLLC
Attorney at Law
5600 W. Mount Hope Hwy.
Lansing, MI 48917
517-322-3207
dave@kallmanlegal.com
steve@kallmanlegal.com

Andrew W. Stinson
State Bar No. 24028013
RAMEY & FLOCK, PC
100 E. Ferguson Street, Suite 500
Tyler, TX 75702
903-597-3301
andys@rameyflock.com

2

Rita M. Peters
State Bar No. 46821
7586 Stoney Lick Road
Mount Crawford, VA 22841
540-830-1229
rpeters@selfgovern.com

ATTORNEYS FOR PLAINTIFFS