IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| NATIONAL RELIGIOUS BROADCASTERS, SAND SPRINGS CHURCH, FIRST BAPTIST CHURCH WASKOM, and INTERCESSORS FOR AMERICA,<br><br>  Plaintiffs,<br><br>v.<br><br>DANNY WERFEL, IN HIS OFFICIAL CAPACITY AS COMMISSIONER OF THE INTERNAL REVENUE SERVICE, and THE INTERNAL REVENUE SERVICE,<br><br>  Defendants. | CIVIL NO: 6:24-cv-00311 |

## UNITED STATES' UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, the United States of America moves the Court for an Order allowing the United States thirty (30) additional days to respond to the Plaintiffs' Motion for Partial Summary Judgment ("Motion"). In support, the United States would respectfully show that good cause exists for the following reasons:

1. The Plaintiffs filed their Motion on April 21, 2025. Eastern District of Texas Local Rule CV-7(e) allows for a party opposing a summary judgment motion twenty-one days from the date the motion was served in which to file a response.

2. On April 22, 2025, the government sought, and this Court granted, an extension of time to respond to the Plaintiffs' Motion for Partial Summary Judgment. The government's response is due June 5, 2025.

3.　　　　Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, the government moves the Court for an additional 30 days to file a Response to the Plaintiffs' Motion. Good cause exists to grant this unopposed motion for the below reasons:

4.　　　　In their Motion, Plaintiffs challenge a portion of 26 U.S.C. § 501(c)(3), commonly known as the "Johnson Amendment," on the ground that it violates their constitutional rights. Plaintiffs' claims invoke fundamental rights, and their allegations and claims carry significant implications for the administration of federal tax law as they seek a judicial declaration that finds unconstitutional and unlawful a requirement established by Congress for an organization to qualify for federal tax-exempt status under Section 501(c)(3).

5.　　　　Due to the gravity of the issues raised by Plaintiffs' Motion, and their practical importance, the government is seeking additional time to allow the new administration to consider its position in this case before addressing the issues raised in Plaintiffs' motion.

6.　　　　As indicated by the attached Certificate of Conference, counsel for the government was notified on May 27, 2025, that Plaintiffs' counsel consents to this motion and the relief sought therein.

WHEREFORE, for the reasons stated above, the United States seeks 30 days, until July 7, 2025, to file a response to the Plaintiffs' Motion for Partial Summary Judgment.

/s/ Jonathan L. Blacker
JONATHAN L. BLACKER
Texas Bar No. 00796215
Senior Litigation Counsel
Tax Division
U.S. Department of Justice
1700 Pacific Avenue, Suite 3700
Dallas, Texas 75201
(214) 880-9765
(214) 880-9741 (FAX)
Jonathan.Blacker2@usdoj.gov

ATTORNEY FOR THE UNITED STATES

## CERTIFICATE OF CONFERENCE

I, Jonathan L. Blacker, certify that on May 26, 2025, an attorney for the United States spoke with Plaintiffs' counsel, who indicated that he does not oppose this Motion and the relief sought.

/s/ Jonathan L. Blacker
JONATHAN L. BLACKER

## CERTIFICATE OF SERVICE

I certify that on May 27, 2025, I electronically filed this document via the Court's ECF system, which will send notice of such filing to all counsel of record entitled to ECF notice.

/s/ Jonathan L. Blacker
JONATHAN L. BLACKER