IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| NATIONAL RELIGIOUS BROADCASTERS, SAND SPRINGS CHURCH, FIRST BAPTIST CHURCH WASKOM, and INTERCESSORS FOR AMERICA<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>BILLY LONG, IN HIS OFFICIAL CAPACITY AS COMMISSIONER OF THE INTERNAL REVENUE SERVICE, and THE INTERNAL REVENUE SERVICE<br><br>　　　　　Defendants. | Civil Action No. 6:24-cv-00311-JCB |

**Joint Motion to Stay All Deadlines and Notice of Settlement**

　　　　Pursuant to the Court's Standing Order, Plaintiffs National Religious Broadcasters, Sand Springs Church, First Baptist Church Waskom, and Intercessors for America ("Plaintiffs") and Defendants Billy Long,[1] in his Official Capacity as Commissioner of The Internal Revenue Service, and The Internal Revenue Service ("Defendants") respectfully file this Joint Motion to Stay All Deadlines and Notice of Settlement. The Parties hereby notify the Court that they have reached a settlement in principle resolving the matters in controversy between them in the above-styled action, contingent upon the Court's approval and entry of a consent judgment jointly proposed by the parties. The Parties request that the Court stay all deadlines and settings in said action for thirty (30) days to allow ample time for the parties' to submit appropriate dismissal papers and for the Court to rule on the Parties forthcoming motion for entry of agreed judgment.

Date:  July 7, 2025　　　　　　　　　　　　Respectfully Submitted,

*/s/ Michael Farris*　　　　　　　　　　　　*/s/ Jonathan L. Blacker*
Michael Farris　　　　　　　　　　　　　　Jonathan L. Blacker
DC Bar No. 385969　　　　　　　　　　　Senior Litigation Counsel

---

[1] Commissioner Long is automatically substituted under Federal Rule of Civil Procedure 25(d).

National Religious Broadcasters
20 F Street, Seventh Floor
Washington, DC 20001
571-359-6000
mfarris@nrb.org

David A. Kallman
MI Bar No. P34200
Kallman Legal Group, PLLC
Attorney at Law
5600 W. Mount Hope Hwy.
Lansing, MI 48917
517-322-3207
dave@kallmanlegal.com

Andrew W. Stinson
State Bar No. 24028013
RAMEY & FLOCK, PC
100 E. Ferguson Street, Suite 500
Tyler, TX 75702
903-597-3301
andys@rameyflock.com
**Attorneys for Plaintiffs**

DOJ-Tax Division
1700 Pacific Avenue, Suite 3700
Dallas, TX 75201
214-880-9765
Jonathan.blacker2@usdoj.gov
**Attorney for Defendants**

## Certificate of Service

I certify that on July 7, 2025 a true and correct copy of foregoing document was served on all counsel of record electronically through the electronic filing manager.

/s/ Jonathan L. Blacker
JONATHAN L. BLACKER

## Certificate of Conference

This is to certify that counsel for Defendants conferred with counsel for Plaintiffs concerning the relief sought in this motion and the parties are in agreement with the same.

/s/ Jonathan L. Blacker
JONATHAN L. BLACKER