UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:24-cv-00311

**National Religious Broadcasters et al.,**
*Plaintiffs,*

v.

**The Internal Revenue Service et al.,**
*Defendants.*

## ORDER

The parties have filed a notice of settlement and joint motion to stay all deadlines (Doc. 34) pending court approval of the joint motion for entry of a consent judgment (Doc. 35). They represent that all matters in controversy between the parties have settled in principle. Doc. 34 at 1.

That motion (Doc. 34) is granted. All deadlines in this case are stayed pending this court's review of the proposed consent judgment. In light of this order, defendants' unopposed motion (Doc. 33) for an extension of time to respond to plaintiffs' motion for partial summary judgment is denied as moot.

*So ordered by the court on July 8, 2025.*

J. Campbell Barker
United States District Judge