UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

NATIONAL RELIGIOUS BROADCASTERS, *et al.*,

   *Plaintiffs*,

   *v.*

BILLY LONG, *in his official capacity as* COMMISSIONER OF THE INTERNAL REVENUE SERVICES, *et al.*,

   *Defendants*.

Civil Action No. 6:24-cv-00311

**[PROPOSED] ORDER GRANTING AMERICANS UNITED FOR SEPARATION OF CHURCH AND STATE'S MOTION TO INTERVENE**

Pending before the Court is Proposed Intervenor-Defendant Americans United for Separation of Church and State's Motion to Intervene. After reviewing the Motion, any further briefing, and the record and applicable law, the Court is of the opinion that it should be GRANTED.

It is SO ORDERED.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| NATIONAL RELIGIOUS BROADCASTERS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BILLY LONG, *in his official capacity as* COMMISSIONER OF THE INTERNAL REVENUE SERVICES, *et al.* <br><br> *Defendants*. | CIVIL ACTION NO. 6:24-cv-00311 |

## [ALTERNATIVE PROPOSED] ORDER GRANTING AMERICANS UNITED FOR SEPARATION OF CHURCH AND STATE'S MOTION FOR LEAVE TO FILE AS *AMICUS CURIAE*

Pending before the Court is Americans United for Separation of Church and State's Motion for Leave to File as *Amicus Curiae*. After reviewing the Motion, any further briefing, and the record and applicable law, the Court is of the opinion that it should be GRANTED. The brief will be due FOURTEEN DAYS following entry of this Order.

It is SO ORDERED.