UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:24-cv-00311

**National Religious Broadcasters et al.,**
*Plaintiffs,*

v.

**The Internal Revenue Service et al.,**
*Defendants.*

# ORDER

The unopposed motion (Doc. 37 at 5) of Americans United for Separation of Church and State for leave to file an amicus curiae brief opposing the proposed consent judgment is granted. Any such brief is due by July 25, 2025. The motion to intervene as a defendant remains under consideration, and an opinion and order will issue in due course.

*So ordered by the court on July 17, 2025.*

J. CAMPBELL BARKER
United States District Judge

- 1 -