UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:24-cv-00311

**National Religious Broadcasters et al.,**
*Plaintiffs,*

v.

**The Internal Revenue Service et al.,**
*Defendants.*

**ORDER**

The motion (Doc. 51) of Campaign Legal Center, Public Citizen, and Common Cause for leave to file an amicus curiae brief opposing the proposed consent judgment is granted. Any such brief is due by August 8, 2025. The court recognizes that plaintiffs oppose that motion as untimely. Doc. 52. However, since plaintiffs have moved (Doc. 49) for leave to respond to the amicus curiae brief of Americans United for Separation of Church and State, the court determines that permitting an additional amicus would not unduly delay proceedings. Plaintiffs' agreed motion (Doc. 49) for leave to respond is granted, and the parties may respond to either amicus by August 15, 2025. Any additional motions for leave to file an amicus curiae brief must be filed no later than August 5, 2025.

*So ordered by the court on August 1, 2025.*

J. Campbell Barker
United States District Judge