IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

_____
                                                             )
NATIONAL RELIGIOUS BROADCASTERS,   )
SAND SPRINGS CHURCH, FIRST BAPTIST  )
CHURCH WASKOM, and INTERCESSORS    )
AMERICA,                                              )
                                                             )
    Plaintiffs,                                     )
                                                             ) Case No. 6:24-cv-00311
    v.                                                    )
                                                             )
BILLY LONG, IN HIS OFFICIAL CAPACITY, )
AS COMMISSIONER OF THE INTERNAL    )
REVENUE SERVICE, and THE INTERNAL  )
REVENUE SERVICE,                              )
                                                             )
    Defendants.                                     )
_____)

UNOPPOSED MOTION OF
AMERICA'S FUTURE, ORTHODOX CHURCH MISSION FUND OF TEXAS,
ORTHODOX CHURCH MISSION FUND OF HOUSTON, TEXAS, AND
CONSERVATIVE LEGAL DEFENSE AND EDUCATION FUND FOR LEAVE TO FILE
BRIEF *AMICUS CURIAE* IN SUPPORT OF THE PARTIES' MOTION FOR A CONSENT
JUDGMENT

    On the grounds and for the reasons set forth below, movants, through undersigned counsel, pursuant to F.R.Civ.P. 7 and Rule CV-7 of the local rules of this Court, move this Court for leave to file a brief *amicus curiae* in support of the parties' Joint Motion for Entry of Consent Judgment.

    Counsel for Plaintiffs consent and Defendants do not object to this Motion and to the filing of a brief *amicus curiae*. This motion is being filed timely as it is being filed within the time set by this Court's August 1, 2025 order.

2

Movants America's Future, Orthodox Church Mission Fund of Texas, Orthodox Church Mission Fund of Houston, Texas, and Conservative Legal Defense and Education Fund are exempt from federal income taxation under Section 501(c)(3) of the Internal Revenue Code ("IRC").  Each organization participates actively in the public policy process, and most of them have filed numerous *amicus curiae* briefs in federal and state courts, defending U.S. citizens' rights against government overreach.

**I.    THIS CASE PRESENTS A CONSTITUTIONAL MATTER AND STATUTORY ISSUE OF GREAT IMPORTANCE.**

Plaintiffs' Complaint raises significant questions of whether certain provisions of federal tax law violate several provisions of the Constitution.  The Johnson Amendment affects the overwhelming number of churches in the United States and impermissibly muzzles the pulpit and restricts the religious activities of churches.  The proposed consent judgment recognizes these important issues and provides a much-needed remedy.

**II.   THE *AMICUS CURIAE* BRIEF WILL SUPPLEMENT ARGUMENTS RAISED BY THE PARTIES.**

Movants' proposed *amicus curiae* brief will support the parties' Joint Motion for Entry of a Consent Judgment, but will provides the court with supplemental arguments and authorities to those contained in the parties' briefing.  Each *amici* has extensive experience in briefing the religion clauses of the First Amendment.  The *amicus brief* provides relevant perspective of the First Amendment and explains why Congress did not have the constitutional authority to enact the Johnson Amendment.

3

## III. THE ACCEPTANCE OF BRIEFS *AMICUS CURIAE* HAS BEEN FOUND USEFUL IN CASES SUCH AS THIS.

District courts have inherent power to grant leave to file briefs *amicus curiae*, as they often "provide helpful analysis of the law[,] they have a special interest in the subject matter of the suit[,] or existing counsel is in need of assistance." *Bryant v. Better Business Bureau of Greater Maryland, Inc.*, 923 F.Supp. 720, 728 (D. Md. 1996). For the reasons stated above, it is believed, particularly in bringing to the attention of the Court important principles and binding authorities not fully addressed by the parties, that this *amicus* brief will inform the Court's effort to resolve the question before it. This Court has already granted two other motions for leave to file *amicus* briefs (opposing the issuance of a consent judgment) in this case.

Given the nationwide significance of this case, and its profound implications for all Americans, movants respectfully request leave to file the accompanying brief *amicus curiae* in support of the parties' Joint Motion for Entry of Consent Judgment.

Dated: August 5, 2025

                                                                      Respectfully submitted,

                                                                         /s/ J. Mark Brewer
                                                                      J. Mark Brewer (Texas Bar No. 02965010)
                                                                      800 Bering Dr., Suite 201
                                                                      Houston, TX  77057
                                                                      (713) 725-4788 (m)
                                                                      brewer@bplaw.com

                                                                      *Counsel for Movants*
                                                                      *America's Future, et al.*

## Certificate of Conference

      I hereby certify that counsel for movants requested the consent of the parties to the filing of this Unopposed Motion for Leave to File Brief *Amicus Curiae* in Support of the Parties' Motion for Consent Judgment. Counsel for Plaintiffs consented, and counsel for Defendants stated they do not oppose this motion.

August 5, 2025                                                       */s/ J. Mark Brewer*
                                                                      J. Mark Brewer

## Certificate of Service

      I hereby certify that I served the foregoing Unopposed Motion for Leave to File Brief *Amicus Curiae* in Support of Plaintiffs' Motion for Preliminary Injunction on counsel for the parties using the Court's Electronic Case Filing system.

August 5, 2025                                                       */s/ J. Mark Brewer*
                                                                        J. Mark Brewer