UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:24-cv-00311

**National Religious Broadcasters et al.,**
*Plaintiffs,*

v.

**The Internal Revenue Service et al.,**
*Defendants.*

# ORDER

The unopposed motions (Docs. 55, 58–60, 66, 68) of Cornerstone Chapel and First Baptist Church of Dallas, Texas; of America's Future, Orthodox Church Mission Fund of Texas, Orthodox Church Mission Fund of Houston, Texas, and Conservative Legal Defense and Education Fund; of Institute for Free Speech and Bradley A. Smith; of Students and Academics for Free Expression, Speech, and Political Action in Campus Education, Inc.; of Grace Church St. Louis and New Way Church; and of Liberty Counsel, Inc. for leave to file an amicus curiae brief are granted. Any such briefs are due by August 11, 2025. The parties and Americans United for Separation of Church and State, whose motion for intervention is pending (Doc. 37), may respond to any amicus by August 15, 2025.

*So ordered by the court on August 7, 2025.*

J. CAMPBELL BARKER
United States District Judge

- 1 -