UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:24-cv-00311

**National Religious Broadcasters et al.,**
*Plaintiffs,*

v.

**Danny Werfel et al.,**
*Defendants.*

**O R D E R**

Now before the court are two motions: (1) the parties' joint motion to enter a consent judgment enjoining defendants from enforcing against the plaintiff churches the Johnson Amendment; and (2) a motion by Americans United for Separation of Church and State ("Americans United") to intervene as a defendant. Doc. 37. The court has already granted Americans United's request for leave to file a brief as amicus curiae. Doc. 42.

The court now sets both motions for a hearing at 10:00 a.m. on November 7, 2025, and grants amicus curiae Americans United leave to participate in oral argument on the parties' motion to enter a consent judgment. *E.g.*, *Boudreaux v. Sch. Bd. of St. Mary Par.*, No. 6:65-cv-11351, 2023 WL 4771231, at *4 (W.D. La. July 24, 2023) (granting amicus curiae leave to participate in oral argument). At the hearing, plaintiffs and defendants shall have 15 minutes each for opening argument on the joint motion, amicus curiae Americans United shall have 20 minutes for argument in opposition to the joint motion and in support of its motion to intervene, and plaintiffs and defendants shall have 5 minutes each for argument in opposition to the motion to intervene.

Given the location of the parties' counsel and counsel for amicus curiae, and with the consent of plaintiffs and defendants, the hearing is set for Courtroom 4 in the Howard T. Markey National Courts Building, 717 Madison Place NW, Washington, DC, 20439. *See* Fed. R. Civ. P. 77(b).

- 2 -

*So ordered by the court on September 22, 2025.*

J. CAMPBELL BARKER
United States District Judge