IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| NATIONAL RELIGIOUS BROADCASTERS, SAND SPRINGS CHURCH, FIRST BAPTIST CHURCH WASKOM, and INTERCESSORS FOR AMERICA<br><br>         Plaintiffs,<br><br>v.<br><br>SCOTT BESSENT, IN HIS OFFICIAL CAPACITY AS COMMISSIONER OF<br>THE INTERNAL REVENUE SERVICE, and THE INTERNAL REVENUE SERVICE<br><br>         Defendants. | Civil Action No.<br>6:24-cv-00311 |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs respectfully bring a recent decision to the Court's attention. On September 30, 2025, the United States District Court for the District of Columbia issued a memorandum opinion and order which declared that the IRS rules for 501(c)(4) organizations limiting the amount of time and resources which could be devoted to supporting or opposing candidates are unconstitutionally vague. *Freedom Path, Inc. v. Internal Revenue Service*, No. 20-cv-1349 (JMC), 2025 WL 2779771 (D.D.C. Sept. 30, 2025).

Although the case deals with 501(c)(4) issues, the decision considers many of the arguments raised by various parties and amici in this case.

Respectfully submitted on this 15th day of October 2025,

        MICHAEL P. FARRIS
        Attorney for Plaintiffs

        */s/Michael P. Farris*
        Michael Farris
        DC Bar No. 385969
        National Religious Broadcasters
        20 F Street
        Seventh Floor
        Washington, DC 20001
        571-359-6000
        mfarris@nrb.org

        David A. Kallman
        MI Bar No. P34200
        Stephen P. Kallman
        MI Bar No. P75622
        Kallman Legal Group, PLLC
        Attorney at Law
        5600 W. Mount Hope Hwy.
        Lansing, MI 48917
        517-322-3207
        dave@kallmanlegal.com
        steve@kallmanlegal.com

        Andrew W. Stinson
        State Bar No. 24028013
        RAMEY & FLOCK, PC
        100 E. Ferguson Street, Suite 500
        Tyler, TX 75702
        903-597-3301
        andys@rameyflock.com

Rita M. Peters
State Bar No. 46821
7586 Stoney Lick Road
Mount Crawford, VA 22841
540-830-1229
rpeters@selfgovern.com

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

    I certify that on October 15, 2025, I electronically filed this document via the Court's ECF system, which will send notice of such filing to all counsel of record entitled to ECF notice.

                                                    */s/ Michael P. Farris*