UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:24-cv-00311

**National Religious Broadcasters et al.,**

*Plaintiffs,*

v.

**Danny Werfel et al.,**

*Defendants.*

**O R D E R**

The hearing set for November 7, 2025, at 10:00 am on the joint motion for order of entry of consent judgment (Doc. 35) and the motion to intervene (Doc. 37) is canceled.

*So ordered by the court on October 22, 2025.*

J. CAMPBELL BARKER
United States District Judge

- 1 -