UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 6:24-cv-00311

———

**National Religious Broadcasters et al.,**
*Plaintiffs,*

v.

**Danny Werfel et al.,**
*Defendants.*

———

**ORDER**

Now before the court are two motions: (1) the parties' joint motion to enter a consent judgment enjoining defendants from enforcing against the plaintiff churches the Johnson Amendment; and (2) a motion by Americans United for Separation of Church and State ("Americans United") to intervene as a defendant. Docs. 35, 37. The court has already granted Americans United's request for leave to file a brief as amicus curiae. Doc. 42.

The court now sets both motions for a hearing at 10:00 a.m. on November 25, 2025, in the Earle Cabell Federal Building, 1100 Commerce St., Dallas, Texas 75242. *See* Fed. R. Civ. P. 77(b). The courtroom number will be posted on the docket before the hearing date. The court grants amicus curiae Americans United leave to participate in oral argument on the parties' joint motion to enter a consent judgment. *See, e.g.*, *Boudreaux v. Sch. Bd. of St. Mary Par.*, No. 6:65-cv-11351, 2023 WL 4771231, at *4 (W.D. La. July 24, 2023) (granting amicus curiae leave to participate in oral argument). At the hearing, plaintiffs and defendants shall have 20 minutes per side for opening argument on the joint motion to enter a consent judgment. Amicus curiae Americans United shall have 20 minutes for argument in opposition to the joint motion to enter a consent judgment and in support of its motion to intervene. Plaintiffs and defendants shall then have 10 minutes per side for argument in opposition to the motion to intervene and in support of their joint motion to enter a consent judgment.

- 1 -

*So ordered by the court on October 29, 2025.*

J. CAMPBELL BARKER
United States District Judge