IN THE UNITED STATES DISTRICT
COURT FOR THE EASTERN DISTRICT OF
TEXAS TYLER DIVISION

NATIONAL RELIGIOUS BROADCASTERS, *et al.*,

        *Plaintiffs,*

v.

INTERNAL REVENUE SERVICE, *et al.*,

        *Defendants.*

Civil Action No. 6:24-cv-00311

**PROPOSED INTERVENOR'S PARTIALLY OPPOSED
MOTION FOR REMOTE HEARING**

    Proposed Intervenor Americans United for Separation of Church and State ("Americans United") respectfully requests that the hearing scheduled for November 25, 2025 be converted to a remote hearing. Plaintiffs oppose this motion and Defendants take no position.

    Pending before this Court are two motions: Plaintiffs and Defendants' joint motion for entry of consent judgment, ECF No. 35, and Americans United's motion to intervene as defendant, ECF No. 37. On September 22, the Court scheduled a hearing on both motions, which was set to take place on November 7, 2025. After obtaining the consent of Plaintiffs' and Defendants' counsel, the Court scheduled the hearing to take place in Washington, DC. Order, ECF No. 85. Defendants subsequently sought to stay the hearing as a result of government shutdown; the Court denied this request, ECF No. 89. On October 22, the Court issued an order canceling the November

1

7 hearing. On October 29, the Court issued an order rescheduling the hearing for Tuesday, November 25, 2025 in Dallas, Texas. ECF No. 91.

Americans United respectfully requests that this hearing be held on a virtual platform, such as Zoom, to alleviate logistical burdens associated with traveling around the Thanksgiving holiday without delaying the progress of the case. Given the recent change in the date and location of the hearing, Proposed Intervenor's counsel have scheduling conflicts impacting their ability to travel to Texas for the hearing. We believe the presentation of argument during this hearing will not be compromised by a remote format.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: October 30, 2025 | /s/ Alexandra Zaretsky |

Alexandra Zaretsky*
Bar No. 5833561 (NY)
Jessica Zalph
Bar No. DC 90017719
Rebecca Markert**
Bar No. WI 1063232
AMERICANS UNITED FOR SEPARATION
OF CHURCH AND STATE
1310 L Street NW, Suite 200
Washington, DC 20005
zaretsky@au.org
zalph@au.org
markert@au.org
(202) 898-2145

*Not a member of the D.C. Bar. Admitted and residing in New York only.*

**Not a member of the D.C. Bar. Admitted and residing in Wisconsin only.*

Martin Woodward
Kitner Woodward PLC
13101 Preston Road, Suite 110
Dallas, TX 75240
martin@kitnerwoodward.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2025, I electronically filed this motion with the Clerk of the Court for the United States District for the Eastern District of Texas by using the CM/ECF system. Counsel in this case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

/s/ Alexandra Zaretsky

## CERTIFICATE OF CONFERENCE

I certify that counsel for the Proposed Intervenor have complied with the meet and confer requirements of Local Rule CV-7(h). On October 30, 2025, counsel for Proposed Intervenors (Alexandra Zaretsky and Jessica Zalph) conferred with counsel for Plaintiffs (Michael P. Farris) via telephone call. Plaintiffs oppose converting the November 25 hearing into a virtual hearing because Plaintiffs believe the burdens imposed by travel are slight and because they view in-person hearings as more conducive to advocacy generally. Pursuant to local Rule CV-7(i), discussions conclusively ended in an impasse, leaving an open issue for this court to decide.

/s/ Alexandra Zaretsky

3