IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| NATIONAL RELIGIOUS BROADCASTERS, SAND SPRINGS CHURCH, FIRST BAPTIST CHURCH WASKOM, and INTERCESSORS FOR AMERICA<br><br>      Plaintiffs,<br><br>v.<br><br>SCOTT BESSENT, IN HIS OFFICIAL CAPACITY AS COMMISSIONER OF THE INTERNAL REVENUE SERVICE, and THE INTERNAL REVENUE SERVICE<br><br>      Defendants. | Civil Action No.<br>6:24-cv-00311 |

## OPPOSITION TO MOTION FOR REMOTE HEARING

Plaintiffs oppose proposed-intervenor Americans United for Separation of Church and State's motion for a remote hearing on the motions set for hearing on November 25, 2025. In the phone consultation between counsel, travel difficulties close to Thanksgiving were mentioned as a reason for this request.

Plaintiffs' lead counsel also resides in the Washington, DC area but was able to make appropriate travel reservations without difficulty within minutes of the Court's order setting the hearing.

Furthermore, some of the Plaintiffs have also made travel arrangements to attend the hearing in person. Specifically, the President of Intercessors for America

has made travel arrangements to attend the hearing. He also resides in the Washington, DC area. Members of his organization are also expected to attend.

Other Plaintiffs are planning to attend and some of their members are also likely to attend.

An in-person hearing, plaintiffs suggest, is far superior to any form of a remote hearing. A case of this significance strongly indicates the importance of an in-person hearing so that advocacy and communication may proceed in the most effective manner possible.

Similar motions have been rejected by other Federal District Courts in Texas. "Unwillingness to travel to Texas to argue in support of motions they have filed communicates to the court that either the motions are relatively unimportant or the attorneys do not truly believe in their arguments." *Gen. Land Off. v. United States Dep't of the Interior*, No. A-23-CV-169-DAE, 2023 WL 11857653, at *3 (W.D. Tex. Sept. 18, 2023).

Respectfully submitted on this 3rd day of November 2025,

MICHAEL P. FARRIS
Attorney for Plaintiffs

/s/Michael P. Farris
Michael Farris
DC Bar No. 385969
National Religious Broadcasters
20 F Street

Seventh Floor
Washington, DC 20001
571-359-6000
mfarris@nrb.org

David A. Kallman
MI Bar No. P34200
Stephen P. Kallman
MI Bar No. P75622
Kallman Legal Group, PLLC
Attorney at Law
5600 W. Mount Hope Hwy.
Lansing, MI 48917
517-322-3207
dave@kallmanlegal.com
steve@kallmanlegal.com

Andrew W. Stinson
State Bar No. 24028013
RAMEY & FLOCK, PC
100 E. Ferguson Street, Suite 500
Tyler, TX 75702
903-597-3301
andys@rameyflock.com

Rita M. Peters
State Bar No. 46821
7586 Stoney Lick Road
Mount Crawford, VA 22841
540-830-1229
rpeters@selfgovern.com

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

    I certify that on November 3, 2025, I electronically filed this document via the Court's ECF system, which will send notice of such filing to all counsel of record entitled to ECF notice.

                                                              */s/ Michael P. Farris*