UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:24-cv-00311

**National Religious Broadcasters et al.,**
*Plaintiffs,*

v.

**Scott Bessent et al.,**
*Defendants.*

# O R D E R

The proposed intervenor Americans United for Separation of Church and State's motion for a "Remote Hearing by Americans United for Separation of Church and State" is hereby denied.

*So ordered by the court on* _____

_____
J. CAMPBELL BARKER
United States District Judge

1