UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:24-cv-00311

**National Religious Broadcasters et al.,**
*Plaintiffs,*

v.

**Danny Werfel et al.,**
*Defendants.*

### ORDER

Now before the court is a motion (Doc. 92) by Americans United for Separation of Church and State to convert the hearing on its motion to intervene and on the parties' motion for a consent judgment to a virtual Zoom hearing. The court does not favor virtual hearings. But appreciating that plaintiffs' and movant's lead counsel are from out of town, the court set that hearing at the courthouse closest to both major Dallas-area airports and set a schedule that will easily allow for afternoon return travel. Doc. 91. The court finds those accommodations reasonable and denies the motion to convert the hearing to a virtual format.

*So ordered by the court on November 3, 2025.*

J. CAMPBELL BARKER
United States District Judge