IN UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

**DATE:** 11/25/2025

**DISTRICT JUDGE:** J. Campbell Barker

**COURT REPORTER:** Leslie Kesterson   **COURTROOM DEPUTY:** Nicole Cadenhead

| | |
|---|---|
| Case No. 6:24-cv-00311 | Start Time: 10:02 am |
| National Religious Broadcasters et al. v. Danny Werfel et al. | End Time: 11:29 am |

| **ATTORNEYS FOR PLAINTIFFS** | **ATTORNEYS FOR DEFENDANTS** |
|---|---|
| Michael Farris | Aaron Henricks |
| Rita Peters | |
| Andrew Stinson | |
| | **ATTORNEYS FOR AMICUS – Americans United for Separation of Church and State** |
| | Alexandra Zaretsky |
| | Jessica Zalph |

On this day, came the parties by their attorneys and the following proceedings were held in Dallas, Texas:

| TIME: | MINUTES: Doc. 37 Opposed Motion to Intervene and Doc. 35 Joint Motion for Entry of Consent Judgment |
|---|---|
| 10:02 am | The court called the case. |
| 10:02 am | Michael Farris, Rita Peters, and Andrew Stinson announced for plaintiffs. Aaron Hendricks announced for the IRS. Alexandra Zaretsky and Jessica Zalph announced for the Amicus. |
| 10:03 am | The court discussed the time limits for the parties. |
| 10:04 am | Michael Farris presented argument for plaintiffs. |

CASE NO. 6:24-cv-00311           DATE: 11/25/2025
PAGE 2  - PROCEEDINGS CONTINUED:

| TIME: | MINUTES:  Doc. 37 Opposed Motion to Intervene and Doc. 35 Joint Motion for Entry of Consent Judgment |
|---|---|
| 10:24 am | Aaron Henricks presented argument for the IRS. |
| 10:43 am | Alexandra Zaretsky presented argument for Amicus Americans United for Separation of Church and State on the entry of a consent judgment. |
| 10:57 am | Jessica Zalph argued for Amicus Americans United for Separation of Church and State on the Motion to intervene, Doc. 35. |
| 11:09 am | Michael Farris provided responsive argument for plaintiffs. |
| 11:19 am | Aaron Henricks presented responsive argument for the IRS. |
| 11:28 am | The motions are taken under advisement. The parties are granted leave to file briefs in the format of a 3 page single spaced letter within 10 calendar days. The amicus party is also granted leave to file a letter by Dec. 5. |
| 11:29 am | Adjourned. |