UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 6:24-cv-00311

———

**National Religious Broadcasters et al.,**
*Plaintiffs,*

v.

**Scott Bessent et al.,**
*Defendants.*

———

# FINAL JUDGMENT

All claims in this matter are dismissed without prejudice for lack of subject-matter jurisdiction. The clerk of court is directed to close the case.

*So ordered by the court on March 31, 2026.*

J. CAMPBELL BARKER
United States District Judge