# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 27, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 26-40237 National Relig Brcast v. Bessent
USDC No. 6:24-CV-311

Pursuant to letter filed by amici curiae parties Home School Legal Defense Association, Kansas Family, Texas Values, True North Legal and Wagner Faith & Freedom Center at Spring Arbor University, party Kansas Family has been substituted by Kansas Family Foundation.

Sincerely,

LYLE W. CAYCE, Clerk

By: ______________________________
Rebecca L. Leto, Deputy Clerk
504-310-7703

cc: Mr. Jonathan Lee Blacker
Mr. John J. Bursch
James A. Campbell
Mr. David Andrew Cortman
Mr. John Ehrett
Mr. Michael Paul Farris
Ms. Anne Marie Mackin
Mr. Nathan Jeremiah Moelker
Mr. David O'Toole
Mr. William Jeffrey Olson
Ms. Rita Peters
Ms. Sarah Siu
Mr. Jacob P. Warner
Ms. Marie Wicks